THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL SHERIDAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGONFLY ENERGY CORPORATION; SENTRYLINK LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00473-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE RESPONSES TO DEFENDANT DRAGONFLY'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff MICHAEL SHERIDAN ("Plaintiff") and Defendants DRAGONFLY ENERGY CORPORATION ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for: (1) Plaintiff to file an opposition to Defendants' Motion to Dismiss Plaintiff's Complaint by 14 days from the current deadline of November 1, 2023, up to

and including **November 15, 2023,** and (2) for Defendants to file their reply in support up to and including **November 28, 2023**.

This is the first request for an extension of time to respond to Defendants' Motion to Dismiss Plaintiff's Complaint.

The instant request for an extension is needed because Counsel for both Parties have current and previously arranged family travel and Holiday plans. This extension is requested and sought prior to the expiration of the deadlines in question. The Parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

DATED: October 26, 2023

Respectfully submitted,

*/s/ Leah L. Jones*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
leah@thiermanbuck.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Sarah Ferguson*
Sarah Ferguson, Nev. Bar No. 14515
**PARSONS BEHLE & LATIMER**
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Tel. (775) 323-1601
Email: sferguson@parsonbehle.com

*Attorney for Defendant Dragonfly Energy Corporation*

## **ORDER**

IT IS SO ORDERED.

DATED this 26th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE