Sarah Ferguson (NSBN 14515)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
Email: sferguson@parsonsbehle.com

*Attorney for Defendant Dragonfly Energy Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SHERIDAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGONFLY ENERGY CORPORATION; SENTRYLINK LLC; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:23-cv-00473-LRH-CSD<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

Plaintiff Michael Sheridan ("Sheridan") and Defendant Dragonfly Energy Corp.[1] ("Dragonfly") (together, the "Parties") by and through their attorneys of record have met and conferred regarding the deadline for Dragonfly to respond to Sheridan's First Amended Class Action Complaint ("Complaint") (Docket Entry No. 10).

The Parties are engaged in negotiations to resolve this case, and in furtherance of those discussions, they seek leave from the Court for a thirty (30) day extension of Dragonfly's time to respond to Sheridan's Complaint from its current deadline of **November 22, 2023**, to and including **December 22, 2023**.

/ / /

/ / /

/ / /

---

[1] Incorrectly named in this action as "Dragonfly Energy Corporation."

32235.003\4860-8554-6895.v1

The forgoing request is made in good faith and not for purposes of delay.

Dated this 10th day of November, 2023.

| THIERMAN BUCK LLP | PARSONS BEHLE & LATIMER |
|---|---|
| /s/ Joshua D. Buck | /s/ Sarah Ferguson |
| Mark R. Thierman (NSBN 8252)<br>Joshua D. Buck (NSBN 12187)<br>Leah L. Jones (NSBN 13161)<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: 775.284.1500<br>mark@thiermanbuck.com<br>josh@thiermanbuck.com<br>leah@thiermanbuck.com | Sarah Ferguson (NSBN 14515)<br>50 West Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: 775.323.1601<br>sferguson@parsonsbehle.com<br><br>*Attorney for Defendant*<br>*Dragonfly Energy Corp.* |

*Attorneys for Plaintiff*
*Michael Sheridan*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 13, 2023

2

32235.003\4860-8554-6895.v1