**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SHERIDAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGONFLY ENERGY CORPORATION; SENTRYLINK LLC; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00473-LRH-CSD<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 19 & 20)**<br><br>(***First Request***) |

Plaintiff MICHAEL SHERIDAN ("Plaintiff") and Defendants DRAGONFLY ENERGY CORPORATION and SENTRYLINK LLC ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to file his responses to Defendants' Motions to Dismiss (ECF Nos. 19 & 20) for a period of 30 days from the current deadline of January 5, 2024, up to and including Monday, February 5, 2024[1].

This is the Parties' first request for an extension of time for Plaintiff to respond to Defendants' Motions to Dismiss. This instant request for an extension is needed because

---

[1] The 30th day falls on Sunday, February 4, 2024.

Plaintiff's counsel has previously arranged family travel for the holidays. This extension is requested and sought prior to the expiration of the deadlines in question. The Parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

DATED this 2nd day of January, 2024.                    DATED this 2nd day of January, 2024.

Respectfully submitted,                                 Respectfully submitted,

/s/Joshua D. Buck                                       /s/Sarah Ferguson
Mark R. Thierman, Bar No. 8285                          Sarah Ferguson, Bar No. 14515
Joshua D. Buck, Bar No. 12187                           sferguson@parsonsbehle.com
Leah L. Jones, Bar No. 13161                            **PARSONS BEHLE & LATIMER**
**THIERMAN BUCK, LLP**                                  50 West Liberty Street
7287 Lakeside Drive                                     Suite 750
Reno, NV  89511                                         Reno, NV  89501
Tel. (775) 284-1500                                     Tel. (775) 323-1601
*Attorneys for Plaintiff*                               *Attorney for Defendant Dragonfly Energy Corporation*

DATED this 2nd day of January, 2024.

Respectfully submitted,

/s/Michael R. Ayers
Michael R. Ayers, Bar No. 10851
michael.ayers@qpwblaw.com
Alia Najjar, Bar No. 12832
alia.najjar@qpwblaw.com
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
3740 Lakeside Drive, Suite 202
Reno, NV  89509
Tel. (775) 322-4697
*Attorneys for Defendant SentryLink, LLC*

## **ORDER**

**IT IS SO ORDERED.**

DATED this 3rd day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com