**THIERMAN BUCK LLP**
325 West Liberty Street
Reno, Nevada 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SHERIDAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGONFLY ENERGY CORPORATION; SENTRYLINK LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00473-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT SENTRYLINK, LLC WITH PREJUDICE** |

/ / /

/ / /

/ / /

- 1 -
ORDER GRANTING STIPULATION TO DISMISS
DEFENDANT SENTRYLINK, LLC WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure ("FRCP"), MICHAEL SHERIDAN ("Plaintiff"), by and through his attorneys of record and SENTRYLINK, LLC ("Defendant") by and through its attorneys of record, (collectively "Parties") stipulate, request, and jointly move the Court to dismiss Defendant SentryLink, LLC with prejudice from the above caption action. The parties agree to bear their own attorneys' fees and costs.

DATED this 25th day of April 2024.

Respectfully submitted,

/s/Joshua D. Buck
Mark R. Thierman, Bar No. 8285
Joshua D. Buck, Bar No. 12187
Leah L. Jones, Bar No. 13161
**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
Tel. (775) 284-1500
*Attorneys for Plaintiff*

DATED this 25th day of April 2024.

Respectfully submitted,

/s/ Michael R. Ayers
Michael R. Ayers, Bar No. 10851
michael.ayers@qpwblaw.com
Alia Najjar, Bar No. 12832
alia.najjar@qpwblaw.com
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
3740 Lakeside Drive, Suite 202
Reno, NV 89509
Tel. (775) 322-4697
*Attorneys for Defendant SentryLink, LLC*

## ORDER

Pursuant to the Stipulation between Michael Sheridan ("Plaintiff"), and Sentrylink, LLC ("Defendant") (collectively "Parties"), IT IS HEREBY ORDERED that Defendant SentryLink, LLC is dismissed with prejudice from the above caption action.

IT IS FURTHER ORDERED that the parties agree to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 26th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE