AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Michael Sheridan, on behalf of himself and
all others similarly situated,

                              Plaintiff,

    v.

Dragonfly Energy Corporation,


                     Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:23-cv-00473-LRH-CSD

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that Plaintiff Michael Sheridan hereby accepts Defendant Dragonfly Energy Corporation's Offer of Judgment dated April 26, 2024.

5/13/2024

Date

DEBRA K. KEMPI

Clerk

/s/ H. Magennis

Deputy Clerk